James E. Cross, Esq. #009063
Nathan A. Finch, Esq. #031279
**THE CROSS LAW FIRM, P.L.C.**
7301 N. 16th Street, Suite 102
Phoenix, Arizona 85020
PO Box 45469
Phoenix, AZ 85064
Ph: (602) 412-4422
Email: jcross@crosslawaz.com;
nfinch@crosslawaz.com
*Counsel for Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>OAKWOOD DREAMS LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:23-bk-01008-PS<br><br>**STIPULATED MOTION TO DISMISS BANKRUPTCY CASE WITHOUT PREJUDICE AND NOTICE OF BAR DATE FOR OBJECTIONS THERETO** |

Oakwood Dreams, LLC ("Debtor") and its largest secured creditor, The Marwah Family Trust ("Marwah"), attended a settlement conference on January 22, 2024, wherein the Debtor and Marwah have reached a settlement in the pending adversary no. 2:23-ap-00230-PS. This settlement provides that Debtor shall have until July 31, 2024, to pay Marwah per the terms of the settlement or Marwah will have stay relief (in this or any subsequent case) to perform the pending Trustee Sale. This settlement resolves all disputes with respect to the Debtor and Marwah. Therefore, there is no reason to continue with the bankruptcy process, and the Debtor, Marwah, and the Office of the United States Trustee "(UST") have agreed and stipulated to dismissal of this bankruptcy case. Accordingly, the Debtor, Marwah, and the UST hereby move pursuant to 11 U.S.C. § 1112(b) to dismiss this case. This dismissal does not adversely impact any secured or unsecured creditors. All parties retain all rights and remedies that existed prior to the filing of this case.

NOTICE IS HEREBY GIVEN that any response to this stipulated motion must be filed with the Bankruptcy Clerk on or prior to 14 days from the date of the mailing of this notice. Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at United States Bankruptcy Court, 230 N. First Avenue, Phoenix, Arizona 85003, and send a copy to counsel for the Debtor at the following address:

Nathan A. Finch, Esq.
Cross Law Firm, PLC
PO Box 45469
Phoenix, AZ 85064

If an objection is timely filed and served, then the Court will conduct a hearing to resolve the matter. If no objection is timely filed and served, the case shall be dismissed upon entry of the Court's order approving this stipulated motion.

**WHEREFORE**, the Debtor, Marwah, and the UST respectfully request an Order dismissing this bankruptcy case without prejudice upon the terms set forth herein.

RESPECTFULLY SUBMITTED this 4th day of March, 2024.

**CROSS LAW FIRM, PLC**

*/s/ Nathan A. Finch*
Nathan A. Finch
*Counsel for Debtor*

**DAVIS MILES McGUIRE GARDNER**

*/s/ M. Preston Gardner (with permission)*
M. Preston Gardner
*Counsel for The Marwah Family Trust*

**UNITED STATES TRUSTEE**

*/s/ Edward K. Bernatavicius (with permission)*
Edward K. Bernatavicius
*Counsel for the United States Trustee*

COPY of the foregoing filed and served via the Court's ECF system on all parties who have appeared in the case this 4th day of March, 2024.



Case 2:23-bk-01008-PS Doc 149 Filed 03/04/24 Entered 03/04/24 10:26:16 Desc Main Document Page 3 of 3