UNITED STATES BANKRUPTCY COURT

_____________ DISTRICT OF Arizona

_____________ DIVISION

| | | | |
|---|---|---|---|
| In re: Oakwood Dreams LLC. | § | Case No. | 2:23-bk-01008-PS |
| | § | | |
| | § | | |
| Debtor(s) | § | | |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 5/31/2024 Petition Date: 02/20/2023 Months Pending: 16

Industry Classification: 541600

Reporting Method: Accrual Basis ☐ Cash Basis ☐

Amounts reported in: Dollars ☒ Thousands ☐ Millions ☐

Debtor's Full-Time Employees (current): 1

Debtor's Full-Time Employees (as of date of order for relief): 1

**Supporting Documentation** (check all that apply):
(For jointly administered debtors, any required schedules must be provided for each debtor)

- ☐ Statement of cash receipts and disbursements per debtor
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit per debtor
- ☐ Statement of operations (profit or loss statement) per debtor
- ☐ Accounts receivable aging per debtor
- ☐ Postpetition liabilities aging per debtor
- ☐ Statement of capital assets per debtor
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Nathan A. Finch
Signature of Attorney or Pro Se Individual

06/28/2024
Date

Dallas Baldry, Trustee Bella Vita Ventures Trust
Type or Print Name

7373 E. Doubletree Ranch Road, Suite 165
Address

Scottsdale, AZ 85258

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Oakwood Dreams LLC. Case No. 2:23-bk-01008-PS

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $ 3939.58 | |
| b. | Total receipts (net of transfers between accounts) | $ 1073 | $ 170209 |
| c. | Total disbursements (net of transfers between accounts) | $ 4513.83 | $ 150376.79 |
| d. | Cash balance end of month (a+b-c) | $ 482.75 | |
| e. | Disbursements made by third party for the benefit of the estate | $ 0 | $ 0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $ 4513.83 | $ 4872.79 |

| Part 2: Asset and Liability Status | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $ 118023 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $ 93378 |
| c. | Inventory | $ 0 |
| d | Total current assets | $ 118505 |
| e. | Total assets | $ 4231271.0 |
| f. | Postpetition payables (excluding taxes) | $ 0 |
| g. | Postpetition payables past due (excluding taxes) | $ 0 |
| h. | Postpetition taxes payable | $ 0 |
| i. | Postpetition taxes past due | $ 0 |
| j. | Total postpetition debt | $ 0 |
| k. | Prepetition secured debt | $ 2244950.46 |
| l. | Prepetition priority debt | $ 0 |
| m. | Prepetition unsecured debt | $ 2489269 |
| n. | Total liabilities (debt) | $ 2493877 |
| o. | Ending equity/net worth | $ 1737394.0 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $ 0 | $ 0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $ 0 | $ 0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business | $ 0 | $ 0 |

| Part 4: Income Statement (Statement of Operations) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net returns and allowances) | $ 1073 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $ 0 | |
| c. | Gross profit (a-b) | $ 1073 | |
| d. | Selling expenses | $ 0 | |
| e. | General and administrative expenses | $ 4279.83 | |
| f. | Other expenses | $ 0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $ 0 | |
| h. | Interest | $ 0 | |
| i. | Taxes (local, state, and federal) | $ 0 | |
| j. | Reorganization items | $ 250 | |
| k. | Profit (loss) | $ -3456 | $ 19005 |

Debtor's Name Oakwood Dreams LLC. Case No. 2:23-bk-01008-PS

**Part 5: Professional Fees and Expenses**

| | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|
| a. Debtor's professional fees & expenses (bankruptcy) | $ 0 | $ 18500 | $ 0 | $ 7000 |
| b. Debtor's professional fees & expenses (non-bankruptcy) | $ | $ | $ | $ |
| c. All professional fees and expenses (debtor & committees) | $ | $ | $ | $ |

**Part 6: Taxes**

| | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $ | $ |
| b. Postpetition income taxes paid (local, state, and federal) | $ 0 | $ |
| c. Postpetition employer payroll taxes accrued | $ 0 | $ |
| d. Postpetition employer payroll taxes paid | $ 0 | $ |
| e. Postpetition other taxes accrued (local, state, and federal) | $ 0 | $ 0 |
| f. Postpetition other taxes paid (local, state, and federal) | $ 0 | $ 0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on pre-petition debt (other than in the normal course, to secured creditors or lessors)? (if yes, see instructions) | Yes ☐ No ☒ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see instructions) | Yes ☐ No ☒ |
| c. | Were any payments made to or on behalf of insiders? | Yes ☐ No ☒ |
| d. | Are you current on postpetition tax return filings? | Yes ☒ No ☐ |
| e. | Are you current on postpetition estimated tax payments? | Yes ☒ No ☐ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ☐ No ☒ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see instructions) | Yes ☐ No ☒ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ☐ No ☐ NA ☒ |
| i. | Do you have: Worker's compensation insurance? | Yes ☐ No ☒ |
| | If yes, are your premiums current? | Yes ☐ No ☐ (if no, see instructions) |
| | Casualty/property insurance? | Yes ☒ No ☐ |
| | If yes, are your premiums current? | Yes ☒ No ☐ (if no, see instructions) |
| | General liability insurance? | Yes ☐ No ☒ |
| | If yes, are your premiums current? | Yes ☐ No ☐ (if no, see instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ☒ No ☐ |
| k. | Has a disclosure statement been filed with the court? | Yes ☒ No ☐ |
| l. | Are you current with quarterly US Trustee fees? | Yes ☒ No ☐ |

| Part 8: Individual Chapter 11 Debtors (Only) | |
|---|---|
| a. Gross income (receipts) from salary and wages | $ |
| b. Gross income (receipts) from self-employment | $ |
| c. Gross income from all other sources | $ |
| d. Total income in the reporting period (a+b+c) | $ |
| e. Self-employment related expenses | $ |
| f. Unusual or significant unanticipated expenses | $ |
| g. Total expenses in the reporting period (e+f) | $ |
| h. Difference between total income and total expenses (d-g) | $ |
| i. List the amount of all postpetition debts that are past due | $ |
| j. Are you required to pay any Domestic Support Obligations in 11 U.S.C section 1129(a)(14)? | Yes ☐ No ☐ |
| k. If yes, have all Domestic Support Obligation payments required under 11 U.S.C section 1129(a)(14) been made? | Yes ☐ No ☐ |

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report by the debtor.**

[signature]
Signature of Debtor or Authorized Individual

Dallas Baldry, Trustee Bella Vita Ventures Trust
Type or Print Name of Signer

Trustee, Bella Vita Ventures Trust
Title

06/28/2024
Date

Alliance Bank
OF ARIZONA

Alliance Bank of Arizona, a division of Western Alliance Bank.
Member FDIC.

PO Box 26237 • Las Vegas, NV 89126-0237
Return Service Requested

OAKWOOD DREAMS LLC
CH 11 DIP CASE #2:23-BK-01008
21 E OAKWOOD HILLS DR
CHANDLER AZ 85248-6202

Last statement: April 30, 2024
This statement: May 31, 2024
Total days in statement period: 31


XXXXXX4731
( 0)

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
3033 West Ray Road
Chandler AZ 85226

---

***IN MAY BANK WILL ACCEPT REAL TIME PAYMENTS (RTP). RTP CANNOT BE APPLIED TO BANK S LOAN PRODUCTS. RTP IS ONLY AVAILABLE BETWEEN ACCOUNTS IN U.S. TRANSFERS THROUGH RTP WILL GENERALLY BE AVAILABLE IMMEDIATELY UPON RECEIPT OF THE FUNDS 24X7. FUNDS RECEIVED ON/AFTER 8PM PST WILL BE POSTED FOR NEXT BUSINESS DAY. REFER TO SCHEDULE OF FEES FOR PRICING. TO OPT OUT OR FOR MORE INFORMATION CONTACT CLIENT CARE AT (888) 995-2265.***

---

# Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX4731 | Beginning balance | $-8.00 |
| Low balance | $-8.00 | Total additions | 8.00 |
| Average balance | $-0.26 | Total subtractions | 16.00 |
| Avg collected balance | $0 | Ending balance | $-16.00 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 05-31 | ' Service Charge<br>MAINTENANCE FEE | 16.00 |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 05-02 | ' Online Transfer Cr<br>REF 1231034L FUNDS TRANSFER FRMDEP XXXXXX8742<br>FROM | 8.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | -8.00 | 05-02 | 0.00 | 05-31 | -16.00 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

***Thank you for banking with Alliance Bank Of Arizona***

**To Reconcile Your Checking Account:**

1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

**IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT**

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Write us at One E Washington Street, Suite 100, Phoenix, AZ 85004, telephone us at (877) 273-2265 or E-mail us at inquiries@alliancebankofarizona.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED**

**Revolving Lines of Credit-** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016

In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION-**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS-**If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (877) 273-2265 to find out if the deposit has been made.

# Alliance Bank
OF ARIZONA

Alliance Bank of Arizona, a division of Western Alliance Bank.
Member FDIC.

PO Box 26237 • Las Vegas, NV 89126-0237
**Return Service Requested**

OAKWOOD DREAMS LLC
CH 11 DIP CASE #2:23-BK-01008
21 E OAKWOOD HILLS DR
CHANDLER AZ 85248-6202

Last statement: April 30, 2024
This statement: May 31, 2024
Total days in statement period: 31


XXXXXX8742
( 0)

Direct inquiries to:
877-273-2265

Alliance Bank Of Arizona
3033 West Ray Road
Chandler AZ 85226

---

***IN MAY BANK WILL ACCEPT REAL TIME PAYMENTS (RTP). RTP CANNOT BE APPLIED TO BANK S LOAN PRODUCTS. RTP IS ONLY AVAILABLE BETWEEN ACCOUNTS IN U.S. TRANSFERS THROUGH RTP WILL GENERALLY BE AVAILABLE IMMEDIATELY UPON RECEIPT OF THE FUNDS 24X7. FUNDS RECEIVED ON/AFTER 8PM PST WILL BE POSTED FOR NEXT BUSINESS DAY. REFER TO SCHEDULE OF FEES FOR PRICING. TO OPT OUT OR FOR MORE INFORMATION CONTACT CLIENT CARE AT (888) 995-2265.***

---

## Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX8742 | Beginning balance | $3,947.58 |
| Low balance | $-15.25 | Total additions | 1,065.00 |
| Average balance | $489.46 | Total subtractions | 4,513.83 |
| Avg collected balance | $489 | Ending balance | $498.75 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 103 | 05-07 | 480.00 | | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 05-01 | ' ACH Debit<br>QUARTERLY FEE PAYMENT 240501<br>0000 | 250.00 |
| 05-02 | ' Online Transfer Dr<br>REF 1231034L FUNDS TRANSFER TO DEP XXXXXX4731<br>FROM | 8.00 |
| 05-02 | ' ACH Debit<br>AAM, LLC BILL PAYMT 051400506925067 | 2,832.00 |

| Date | Description | Subtractions |
|---|---|---|
| 05-13 | ' ACH Debit<br>East valley pool East valle 240513 | 200.00 |
| 05-17 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 490641 DNH GODADDY COM<br>480 50588 AZ XXXXXXXXXXXX8465 05-16-24 | 38.09 |
| 05-23 | ' Direct S/C<br>STOP PMT MANUAL | 30.00 |
| 05-28 | ' ACH Debit<br>SRP ECHXPWR-S1 240528 | 325.00 |
| 05-29 | ' ACH Debit<br>SOUTHWEST GAS PAYMENT 240529<br>B2411666322865 | 205.76 |
| 05-30 | ' ACH Debit<br>AMER HOME SHIELD HOME SRV 240530 | 93.98 |
| 05-30 | ' NSF Item Paid Fee<br>FOR OVERDRAFT ACH DEBIT 021000026651365 | 35.00 |
| 05-31 | ' Service Charge<br>MAINTENANCE FEE | 16.00 |

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 05-24 | ' ACH Credit<br>D2S3 CONSULTING ACH Pmt 240524<br>11132825646 | 500.00 |
| 05-31 | ' Service Chg Refund | 65.00 |
| 05-31 | ' ACH Credit<br>D2S3 CONSULTING ACH Pmt 240531<br>11133480673 | 500.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04-30 | 3,947.58 | 05-13 | 177.58 | 05-28 | 284.49 |
| 05-01 | 3,697.58 | 05-17 | 139.49 | 05-29 | 78.73 |
| 05-02 | 857.58 | 05-23 | 109.49 | 05-30 | -50.25 |
| 05-07 | 377.58 | 05-24 | 609.49 | 05-31 | 498.75 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

***Thank you for banking with Alliance Bank Of Arizona***

**To Reconcile Your Checking Account:**

1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

**IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT**

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Write us at One E Washington Street, Suite 100, Phoenix, AZ 85004, telephone us at (877) 273-2265 or E-mail us at inquiries@alliancebankofarizona.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED**

**Revolving Lines of Credit-** We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION-**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS-**If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (877) 273-2265 to find out if the deposit has been made.