**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>OAKWOOD DREAMS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:23-bk-01008-PS |
| THE MARWAH FAMILY TRUST,<br><br>Movant,<br><br>vs.<br><br>OAKWOOD DREAMS, LLC,<br><br>Respondent. | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Re: Real Property located at:<br><br>21 E. Oakwood Hills Dr.<br>Chandler, AZ 85248 |

Upon consideration of the *Motion for Relief from the Automatic Stay* [Dkt. #20] (the "Motion") filed by The Marwah Family Trust (the "Movant"); and based on the settlement agreement between Movant and Oakwood Dreams, LLC (the "Debtor") resolving Adversary No. 2:23-ap-00230-PS, as detailed in the Minute Entry dated January 22, 2024 [Dkt. #11] (the "Settlement Agreement"); and it being determined that Notice of the Motion was properly served on all interested parties, and there being no timely objections filed to the Motion; and good cause appearing therefor,

**IT IS HEREBY ORDERED** granting the Motion and terminating all stays and injunctions, including the automatic stay imposed by 11 U.S.C. § 362, with respect to the real property located at 21 E. Oakwood Hills Dr., Chandler, AZ 85248 (the "Property") with the following legal description:

> Lot 21, OAKWOOD HILLS SUBDIVISION RE-AMENDED, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 301 of Maps, Page 17 and Affidavit of Correction recorded in Document No. 1986-438162.

**IT IS FURTHER ORDERED** that Movant is authorized—subject to the terms and conditions of the Settlement Agreement—to exercise all available rights and remedies against the Property under state law and its Deed of Trust and Assignment of Rents, which was duly recorded with the Maricopa County Recorder's Office on October 31, 2017, at instrument no. 20170811217.

**DATED AND SIGNED ABOVE.**